SUZANNE V. WILSON (State Bar No. 152399)
suzanne.wilson@aporter.com
JACOB K. POORMAN (State Bar No. 262261)
jacob.poorman@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for plaintiff RCRV, Inc. d/b/a Rock Revival

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RCRV, INC. d/b/a ROCK REVIVAL, a California corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>RUE21, INC., and HNW INDUSTRIES, INC. d/b/a FLYP SPORTSWEAR<br><br>        Defendants.<br><br>RUE21, INC.,<br><br>        Counterclaimant,<br><br>  v.<br><br>RCRV, INC.,<br><br>        Counterdefendant.<br><br>RUE21, INC.,<br><br>        Crossclaimant,<br><br>  v.<br><br>HNW INDUSTRIES, INC. d/b/a FLYP SPORTSWEAR<br><br>        Crossdefendant. | Case No. CV-11-1217 CBM (AGRx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

Whereas, plaintiff RCRV, Inc., d/b/a Rock Revival ("RCRV") and defendant HNW Industries, Inc. d/b/a Flyp Sportswear ("Flyp") have stipulated to the entry of judgment and a permanent injunction, as set forth in their concurrently filed Stipulation for Entry of Consent Judgment and Permanent Injunction.

The Court having reviewed and considered the parties' Stipulation, which is incorporated herein in full, finds that it has jurisdiction over the subject matter of this action and over the Parties, and venue in this action being proper in this judicial district, and for reasons set forth in the parties' Stipulation, upon good cause shown, the Court grants the parties' Stipulation.

Whereas, RCRV is the owner of federal and/or common law trademarks for certain designs it uses on and in connection with its Rock Revival line of jeanswear products, including an Inverted Fleur-de-lis Design embroidered onto the rear pocket of Rock Revival jeanswear (the "INVERTED FLEUR-DE-LIS DESIGN Trademark" – U.S. Trademark Registration No. 3,581,968), a copy of the registration certificate for the INVERTED FLEUR-DE-LIS DESIGN Trademark being attached to this Order as Exhibit A; and

Whereas, Flyp has designed, advertised, promoted, purchased, offered for sale and/or sold certain jeanswear products bearing a design (the "Accused Design") that RCRV alleges infringes its rights in and to the INVERTED FLEUR-DE-LIS DESIGN Trademark (the "Accused Products"), photographs of the Accused Products being attached to this Order as Exhibit B, and has sold such products to defendant rue21, Inc.;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Defendant Flyp and its affiliates, divisions, parents, subsidiaries and related companies, as well as its agents, officers, directors, shareholders, principals, servants, employees, attorneys and all natural or legal persons acting on their behalf, or in concert with any of them, shall be PERMANENTLY ENJOINED and RESTRAINED from the date of this Consent Judgment and Permanent Injunction

from attempting to do or causing to be done, directly or indirectly, by any means, method, or device whatsoever, or by any person or persons whomsoever, the following acts:

    (a) designing, manufacturing, importing, exporting, distributing, advertising, purchasing, offering for sale, selling, promoting, or marketing of any of the Accused Products; and

    (b) designing, manufacturing, importing, exporting, distributing, advertising, purchasing, offering for sale, selling, promoting, or marketing of any jeanswear products that contain the Accused Design; and

    (c) designing, manufacturing, importing, exporting, distributing, advertising, purchasing, offering for sale, selling, promoting, or marketing of any jeanswear products that contain any design or combination of design elements that is confusingly similar to RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark.

2. The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Consent Judgment and Permanent Injunction by way of contempt motion or otherwise, and is enforceable against the Parties' affiliates, subsidiaries, parents, related companies, successors and assigns to the extent permitted by law.

3. The parties waive any right to appeal this Consent Judgment and Permanent Injunction.

4. The parties shall each bear their own costs and attorneys' fees related to this action.

Dated: June 09, 2011

                                 CONSUELO B. MARSHALL
                                 United States District Judge